AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

_____ District of Minnesota_____

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Martin Basurto-Esquivel | ) | Case No:  10-CR-0304(1) (PJS/AJB) |
| | ) | USM No:  15510-041 |
| Date of Original Judgment:  1/26/12 | ) | |
| Date of Previous Amended Judgment:  | ) | N/A (pro se) |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

  X  DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  1/26/12  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  11/16/15                                         s/Patrick J. Schiltz
                                                                              *Judge's signature*

Effective Date: _____                        PATRICK J. SCHILTZ, United States District Judge
*(if different from order date)*                            *Printed name and title*